People v Mendoza (2026 NY Slip Op 01381)

People v Mendoza

2026 NY Slip Op 01381

Decided on March 11, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
WILLIAM G. FORD
CARL J. LANDICINO
SUSAN QUIRK, JJ.

2024-00513
2024-00515

[*1]The People of the State of New York, respondent,
vTyrin Mendoza, appellant. (Ind. Nos. 75746/22, 71791/23)

Patricia Pazner, New York, NY (Steven C. Kuza of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Melissa Owen, and Zachary De Stefan of counsel), for respondent.

DECISION & ORDER
Appeals by the defendant from two judgments of the Supreme Court, Kings County (Abena Darkeh, J.), both rendered January 9, 2024, convicting him of custodial interference in the second degree under Indictment No. 75746/22 and criminal contempt in the first degree under Indictment No. 71791/23, upon his pleas of guilty, and imposing sentences.
ORDERED that the judgment under Indictment No. 75746/22 is modified, on the law and as a matter of discretion in the interest of justice, by vacating the imposition of a mandatory surcharge and fees; as so modified, the judgment is affirmed, and it is further,
ORDERED that the judgment under Indictment No. 71791/23 is modified, on the law and as a matter of discretion in the interest of justice, by vacating the imposition of a mandatory surcharge and fees; as so modified, the judgment is affirmed.
Criminal Procedure Law § 420.35(2-a) permits the waiver of surcharges and fees for individuals, such as the defendant, who were less than 21 years old at the time of the subject crime (see People v Cabrera, 222 AD3d 878, 879). Pursuant to the exercise of our interest of justice jurisdiction, and as consented to by the People, we modify the judgments under Indictment No. 75746/22 and Indictment No. 71791/23 by vacating the mandatory surcharges and fees imposed on the defendant at sentencing (see CPL 420.35[2-a][c]; People v Babatunde, 239 AD3d 764).
IANNACCI, J.P., FORD, LANDICINO and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court